THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ERIC HEPPINSTALL, individually and
on behalf of all others similarly
situated,

    Plaintiff,

    v.

EOS USA, Inc. d/b/a EOS CCA,

    Defendant.

: 3:21-CV-1995
: (JUDGE MARIANI)

**FILED**
**SCRANTON**
FEB 2 5 2022
Per_____
DEPUTY CLERK

## ORDER

AND NOW, THIS 25th DAY OF FEBRUARY 2022, upon notice from the parties that the above-captioned action has settled (Doc. 8), **IT IS HEREBY ORDERED THAT** this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated.

Failure of a party to file a motion for reinstatement, or a motion for an extension of time to consummate the settlement, within the above 60-day time period will result in the automatic conversion of this dismissal from one without prejudice to one with prejudice.

_____
Robert D. Mariani
United States District Judge